**Irving TORRES–RIVERA, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 04–3109.

United States Court of Appeals, Federal Circuit.

DECIDED: Sept. 3, 2004.

Domenique Kirchner, Bryant G. Snee, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

Richard J. Hirn, Washington, DC, for Petitioner.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).